UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREA RIDGELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation and AIRBUS S.A.S.,<br><br>Defendants-Respondents. | No. 18-80170<br><br>D.C. No. 2:18-cv-04916-PA-AFM<br>Central District of California, Los Angeles<br><br>ORDER |

Before: CANBY and GRABER, Circuit Judges.

Petitioner's motion to augment the record (Docket Entry No. 6) is granted.

The court, in its discretion, denies the petition for permission to appeal the district court's November 9, 2018 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

SM/MOATT